UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
+ Case No. 21-31536
Angela Faye Davis +
Debtor +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Eastdale Apartments LP, the current landlord in this cause, and requests notice.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Michael Brock | Sabrina McKinney, Trustee |
| P.O. Box 311167 | P.O. Box 173 |
| Enterprise, AL 36331 | Montgomery, AL 36101 |

/s/ Larry Darby
Larry E. Darby